UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JPMORGAN CHASE BANK, NATIONAL ASSOCIATION,<br><br>        Plaintiff,<br><br>  v.<br><br>FEDERAL DEPOSIT INSURANCE CORPORATION, in its capacity as Receiver for Washington Mutual Bank, and FEDERAL DEPOSIT INSURANCE CORPORATION, in its corporate capacity,<br><br>        Defendants. | Case No. 1:13-cv-01997-RMC<br><br>Hon. Rosemary M. Collyer |

## SCHEDULING ORDER

Upon consideration of the joint report of the parties submitted pursuant to Local Civil Rule 16.3, and after a scheduling conference held in open Court on April 30, 2014, it is hereby **ORDERED** that:

1. Initial disclosures for Plaintiff JPMorgan Chase Bank, National Association ("JPMC") and Defendant Federal Deposit Insurance, in its capacity as Receiver for Washington Mutual Bank ("FDIC-Receiver") shall be made on or before June 6. 2014. Because the claim against the Federal Deposit Insurance Corporation, in its Corporate capacity ("FDIC-Corporate") concerns only its guaranty of FDIC-Receiver's indemnification obligation, if any, FDIC-Corporate need not make initial disclosures.

2. Fact discovery shall commence immediately and proceed as follows:

  a. The Parties will complete document discovery no later than January 30, 2015.

  b. The Parties will complete fact depositions no later than May 1, 2015.

      c.      The Parties will make reasonable effort to substantially complete all fact discovery by no later than May 1, 2015.

      3.      Expert discovery shall commence subsequent to the close of fact discovery and proceed as follows:

      a.      The Parties will disclose their opening experts on May 1, 2015.

      b.      The Parties will exchange opening expert reports on May 29, 2015.

      c.      The Parties will exchange any responsive or rebuttal expert reports on June 26, 2015.

      d.      The depositions of any experts will be concluded by July 31, 2015.

SO ORDERED.

Dated: 4/30/14

/s/ Rosemary M. Collyer
HON. ROSEMARY M. COLLYER
UNITED STATES DISTRICT JUDGE