UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JPMORGAN CHASE BANK, NATIONAL ASSOCIATION,<br><br>Plaintiff,<br><br>v.<br><br>FEDERAL DEPOSIT INSURANCE CORPORATION, in its capacity as Receiver for Washington Mutual Bank, and FEDERAL DEPOSIT INSURANCE CORPORATION, in its corporate capacity,<br><br>Defendants. | Case No. 1:13-cv-01997-RMC<br><br>Hon. Rosemary M. Collyer |

## STIPULATION OF DISMISSAL

All parties who have appeared in the above-captioned civil action stipulate that it is dismissed with prejudice but without fees or costs.  See Fed. R. Civ. P. 41(a)(1)(A)(ii).

Dated:  September 8, 2017                     Respectfully submitted,

                                                               /s/ Robert A. Sacks
                                                              Robert A. Sacks, D.D.C. Bar No. MI0069
                                                              Alexa M. Lawson-Remer (*pro hac vice*)
                                                              SULLIVAN & CROMWELL LLP
                                                              1888 Century Park East
                                                              Los Angeles, California  90067-1725
                                                              Telephone:  (310) 712-6600
                                                              Facsimile:  (310) 712-8800
                                                              Email:  sacksr@sullcrom.com
                                                              Email:  lawsonr@sullcrom.com

                                                              *Counsel for JPMorgan Chase Bank, National Association*

Of Counsel:

Kathryn R. Norcross, D.C. Bar No. 398120
   Senior Counsel
Anne M. Devens
   Counsel
Kaye A. Allison
   Counsel
FEDERAL DEPOSIT INSURANCE
   CORPORATION
3501 Fairfax Drive, Room VS-D-7062
Arlington, Virginia 22226
Telephone:  (703) 562-2676
Facsimile:  (703) 562-2475
Email:  knorcross@fdic.gov
Email:  adevens@fdic.gov
Email:  kallison@fdic.gov

  /s/ Scott H. Christensen
William R. Stein, D.C. Bar No. 304048
Scott H. Christensen, D.C. Bar No. 476439
HUGHES HUBBARD & REED LLP
1775 I Street, N.W., Suite 600
Washington, D.C. 20006-2401
Telephone:  (202) 721-4600
Facsimile:  (202) 721-4646
Email:  william.stein@hugheshubbard.com
Email:  scott.christensen@hugheshubbard.com

*Counsel for Federal Deposit Insurance Corporation in its capacity as Receiver for Washington Mutual Bank*

  /s/ Daniel H. Kurtenbach
Daniel H. Kurtenbach, D.C. Bar No. 426590
FEDERAL DEPOSIT INSURANCE CORPORATION
Corporate Litigation Unit
3501 Fairfax Drive, VS-D7026
Arlington, Virginia  22226
Telephone:  (703) 562-2465
Facsimile:  (703) 562-2477
Email:  dkurtenbach@fdic.gov

*Counsel for Federal Deposit Insurance Corporation in its corporate capacity*